UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| CHARLES MARLEY, | ) | |
| Plaintiff, | ) ) ) | Cause No.: 1:14-cv-235 |
| v. | ) ) | |
| TRACTOR SUPPLY COMPANY, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

# EXHIBIT 2

# Plaintiff's Response to Defendant's First Request for Admissions Request

| | | |
|---|---|---|
| STATE OF INDIANA | ) | ADAMS COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ADAMS | ) | CAUSE NO.: 01D01-1312-CT-0008 |

CHARLES MARLEY,           )
                          )
        Plaintiff,        )
                          )
v.                        )
                          )
TRACTOR SUPPLY COMPANY,   )
                          )
        Defendant.        )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS REQUEST

Comes now, the Plaintiff, Charles Marley, by counsel and provides the following responses to Defendant's Request for Admission.

**REQUEST NO. 1.** Admit that you are seeking damages, including but not limited to your request for attorneys fees, in the amount of $75,000 or more in this lawsuit.

**RESPONSE: Plaintiff objects to this request on the grounds the request is not designed to narrow the issues in the case but rather is self-serving of the Defendant in an untimely effort to remove this matter out of the current Court the case is pending. Additionally, the Plaintiff objects as the request is improper as the Plaintiff is not required to give a specific dollar amount of the damages claimed.**

**As the Defendant and their counsel are aware, this matter was filed in December 2013. Therefore, the Plaintiff further objects to this request on the grounds that the request for admission some five months after the filing of this matter is clearly designed in an effort to untimely remove this matter to federal court and nothing more.**

**The Plaintiff further advises the Defendant, the request is not proper under the applicable rules of law, and therefore no response is required at this time. When the Plaintiff makes a determination of what his damages are and will be in this case, the Plaintiff will disclose the same in proper discovery, in accordance with the case management plan and any other order of the Court.**

1

As to all objections,

*[signature]*
Sarah Graziano, #21650-49

Respectfully submitted,

*[signature]*
Sarah Graziano, #21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
317-472-3333 Phone
317-472-3340 Facsimile
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been delivered to the following, by either electronic submission or U.S. First Class Mail Postage Pre-Paid this 11th day of July, 2014.

Bonnie Martin
Ogletree Deakins Nash Smoak & Stewart PC
111 Monument Circle Suite 4600
Indianapolis, IN 46204

*[signature]*
Sarah Graziano, #21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
317-472-3333 Phone
317-472-3340 Facsimile
sgraziano@hensleylegal.com

2

RECEIVED