**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

CHARLES MARLEY,                    )
                                   )
                    Plaintiff,     )
        v.                         )     Cause No.:  1:14-cv-235
                                   )
TRACTOR SUPPLY COMPANY,            )
                                   )
                    Defendant.     )
                                   )

<u>DEFENDANT'S NOTICE OF REMOVAL</u>

# <u>EXHIBIT 3</u>

# <u>Adams County Court Documents</u>

STATE OF INDIANA   )      IN THE ADAMS COUNTY SUPERIOR CRT

                  ) SS:

COUNTY OF ADAMS )      CAUSE NO: 01D01-1312-CT-0008

CHARLES MARLEY,        )

                     )

         Plaintiff,        )

                     )

        vs.           )

                     )

TRACTOR SUPPLY COMPANY,  )

                     )

        Defendant.      )

                     )

## COMPLAINT

COMES now the Plaintiff, Charles Marley, by counsel, and for his Complaint for Damages against the Defendant, Tractor Supply Company, alleges and asserts that:

1.      Plaintiff, Charles Marley, ("Plaintiff") is an individual and is now, and at all times mentioned in this complaint was, a resident of Red Key, Jay County, Indiana.

2.      Defendant, Tractor Supply Company is now, and at all times mentioned in this complaint was, a corporation doing business within and under the laws of the State of Indiana.

3.      Plaintiff was an employee of Tractor Supply Company for a period of time up to and including September 18, 2012.

4.      Specifically Plaintiff was employed as a manager of the Tractor Supply Company retail store located at 829 South 13th Street, Decatur, Indiana 46733.

5.      During the relevant period of time, Tractor Supply Company employed an individual by the name of Jenny Brooks.

6.     At all relevant periods of time, Jenny Brooks was an agent and/or employee of Tractor Supply Company.

7.     During Plaintiff's employment, the Defendant by and through its agents and/or employees including but not limited Jenny Brooks accused Plaintiff of sexual harassment and/or retaliation of its employee Jenny Brooks.

8.     This accusation of sexual harassment was communicated by the Defendant by and through its agents and/or employees to employees of the Defendant in addition to individuals outside the employ of Defendant.

9.     This accusation of sexual harassment and retaliation was communicated by the Defendant by and through its agents and/or employees to potential employers of the Plaintiff.

10.    The entire statement that the Plaintiff was guilty of sexual harassment and retaliation is false as it pertains to Plaintiff.

11.    The entire statements that the Plaintiff was guilty of sexual harassment and retaliation is defamatory and libelous on its face. It clearly exposes Plaintiff to hatred, contempt, ridicule and humiliation.

12.    As a proximate result of the above-described accusations and communication of sexual harassment and retaliation, Plaintiff has suffered loss to his reputation, his good name, his work ethic, experienced shame, mortification, and injury to his emotional, physical, and financial wellbeing.

13.    The above-described accusations and communications by the Defendant was done with malice, hatred and ill will toward Plaintiff thus entitling the Plaintiff to punitive damages.

WHEREFORE, the Plaintiff, Charles Marley, prays that the Court grant judgment against the Defendant, Tractor Supply Company, in an amount commensurate with his damages

including but not limited to all compensatory damages, interest, punitive damages, for the costs

of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Sarah Graziano, # 21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com

## REQUEST FOR TRIAL BY JURY

COMES now the Plaintiff, Charles Marley, by counsel and files herein his request for

trial by jury for the above action.

Respectfully submitted,

_____
Sarah Graziano, # 21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com

STATE OF INDIANA )         IN THE ADAMS COUNTY SUPERIOR COURT
                 ) SS:
COUNTY OF ADAMS )          CAUSE NO: 01D01-1312-CT-0008

CHARLES MARLEY,            )
                          )
        Plaintiff,        )
                          )
    vs.                   )        **ALIAS SUMMONS**
                          )
TRACTOR SUPPLY COMPANY,    )
                          )
        Defendant.        )
                          )

**TO DEFENDANT:**    Tractor Supply Company
                     c/o Registered Agent
                     CT Corporation System
                     150 West Market Street, Suite 800
                     Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: Feb 26 2014          _Gayla M. Reinhart_          (Seal)
                            CLERK, Adams County Superior Court

(The following manner of service of summons is hereby designated)

_____Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

\_\_X\_\_Service on agent. (Specify)

_____Other Service. (Specify

Sarah Graziano ,#21650-49
**Attorney for Plaintiff**
350 East New York Street , Suite 300
Indianapolis, IN. 46202
(317)472-3333

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____day of_____, 20___, I
mailed a copy of the Complaint to the Defendant, _____
by _____ mail, requesting a return receipt, at the address
furnished by the Plaintiff.

CLERK, Adams County Superior Court

Dated:_____        By:_____

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant
was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint was not accepted on the
_____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant,
_____was accepted by_____ on behalf of
said Defendant on the _____day of_____, 20___.

CLERK, Adams County Superior Court

By:_____
Deputy

STATE OF INDIANA )     ADAMS COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF ADAMS )     CAUSE NO.: 01D01-1312-CT-0008

CHARLES MARLEY, )
                   )
        Plaintiff, )
                   )
    v. )
                   )
TRACTOR SUPPLY COMPANY, )
                   )
        Defendant. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification: Initiating: ☐     Responding: ☒     Intervening: ☐

1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **Defendant Tractor Supply Company**

2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Bonnie L. Martin
    OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.     Atty: Number: 20248-18
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204     Telephone: 317.916.1300
                                             Facsimile:  317.916.9076
                                             *bonnie.martin@odnss.com*

3.   There are other party members:     Yes ☐ No ☒   (*If yes, list on continuation page.*)

4.   If first initiating party filing this case, the clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):
    Not Applicable

5.   I will accept service by FAX at the above noted number: Yes ☐ No ☒

6.   This case involves support issues: Yes ☐    No ☒ (*If yes, supply social security numbers for all family members on continuation page.*)

7.   There are related cases:   Yes ☐     No ☒

8.   This form has been served on all other parties. Certificate of Service is attached: Yes ☒ No ☐

9.     Any additional information required by local rule: Not Applicable

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _Bonnieh Martin_

Bonnie L. Martin, Attorney No. 20248-18
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076

Attorneys for Defendant Tractor Supply Company

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing *Appearance by Attorney in Civil Case* has been served by first-class United States mail, postage prepaid, this 24th day of March, 2014, upon:

Sarah Graziano, Esq.
HENSLEY LEGAL GROUP, PC
350 East New York Street
Suite 300
Indianapolis, IN 46204

_Bonnie L. Martin_

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile:  317.916.9076

17450056.1

STATE OF INDIANA     )        ADAMS COUNTY SUPERIOR COURT
                   ) SS:
COUNTY OF ADAMS   )        CAUSE NO.: 01D01-1312-CT-0008

CHARLES MARLEY,     )
                     )
         Plaintiff,   )
                     )
    v.               )
                     )
TRACTOR SUPPLY COMPANY,  )
                     )
        Defendant.  )

## DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Tractor Supply Company, by counsel, for its Unopposed First Motion for Extension of Time to File Responsive Pleading states as follows:

1.    On December 17, 2013, Plaintiff filed his Complaint.

2.    Defendant was served with a copy of the Complaint by certified mail on February 28, 2014.

3.    Defendant's responsive pleading is currently due on or before March 24, 2014, which time has not yet expired.

4.    To gather the information needed to respond to each of Plaintiff's allegations, Defendant seeks an extension of time of twenty-eight (28) days, to and including April 21, 2014, in which to file its responsive pleading.

5.    On March 19, 2014, Plaintiff's counsel advised counsel for Defendant that Plaintiff has no objection to the requested extension.

6.    Defendant is not seeking the extension for purposes of undue delay or harassment, but to gather needed information.

WHEREFORE, Defendant Tractor Supply Company, by counsel, respectfully requests that the Court extend the time for Defendant to file its responsive pleading to and including April 21, 2014.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


Bonnie L. Martin, IN Bar No. 20248-18
11 Monument Circle
Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*bonnie.martin@ogletreedeakins.com*

Attorneys for Defendant
Tractor Supply Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2014, a copy of the foregoing *Defendant's Unopposed First Motion For Extension Of Time To File Responsive Pleading* was served by United States first-class mail, postage prepaid, addressed to:

> Sarah Graziano, Esq.
> HENSLEY LEGAL GROUP, PC
> 350 East New York Street
> Suite 300
> Indianapolis, IN  46204

*Bonnie L. Martin*

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076

17449370.1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | ADAMS COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ADAMS | ) | CAUSE NO.: 01D01-1312-CT-0008 |

CHARLES MARLEY,         )
                           )
         Plaintiff,   )
                           )
    v.                )
                           )
TRACTOR SUPPLY COMPANY,  )
                           )
         Defendant.  )

### ORDER GRANTING DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Tractor Supply Company, by counsel, having filed its Unopposed First Motion for Extension of Time to File Responsive Pleading, and the Court being duly advised of the same, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Tractor Supply Company, by counsel, shall have to and including April 21, 2014, to file its responsive pleading to Plaintiff's Complaint.

SO ORDERED this _____ day of _____, 2014.

_____
JUDGE, Adams Superior Court

Distribution to:

Sarah Graziano, Esq.
HENSLEY LEGAL GROUP, PC
350 East New York Street
Suite 300
Indianapolis, IN 46204

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN 46204

17449785.1

STATE OF INDIANA      )
                             ) SS:
COUNTY OF ADAMS      )

ADAMS COUNTY SUPERIOR COURT

CAUSE NO.: 01D01-1312-CT-0008

CHARLES MARLEY,          )
                             )
             Plaintiff,      )
                             )
     v.                          )
                             )
TRACTOR SUPPLY COMPANY,      )
                             )
             Defendant.      )

## ORDER GRANTING DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Tractor Supply Company, by counsel, having filed its Unopposed First Motion for Extension of Time to File Responsive Pleading, and the Court being duly advised of the same, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Tractor Supply Company, by counsel, shall have to and including April 21, 2014, to file its responsive pleading to Plaintiff's Complaint.

SO ORDERED this 28 day of _March_, 2014.

_Patrick R. Miller_

JUDGE, Adams Superior Court

Distribution to:

Sarah Graziano, Esq.
HENSLEY LEGAL GROUP, PC
350 East New York Street
Suite 300
Indianapolis, IN 46204

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle
Suite 4600
Indianapolis, IN 46204

17449785.1

Fri Mar 28 2014 19:00:02                                        Page 1

                          CIVIL NOTICE
                       ADAMS SUPERIOR COURT
                      122 SOUTH THIRD STREET
                           P.O BOX 569
                          DECATUR IN 46733
        CHARLES MARLEY V TRACTOR SUPPLY COMPANY
        01D01-1312-CT-0008                          010078.000 148

---

    TO: BONNIE L MARTIN
        111 MONUMENT CIRCLE  SUITE 460
        INDIANAPOLIS IN 46204

---

|            ATTORNEYS            |            PARTIES            |
|---------------------------------|-------------------------------|
|                                 | PLAINTIFF                     |
| 21650-49   SARAH GRAZIANO       | CHARLES MARLEY                |
|                                 | DEFENDANT                     |
| 20248-18   BONNIE MARTIN        | TRACTOR SUPPLY COMPANY        |
|                                 | TRACTOR SUPPLY COMPANY        |

---

    03/03/2014

    CM#8181/Tractor Supply returned, signed by?, signature illegible. cjh


    03/24/2014

    Defendant's Unopposed First Motion For Extension Of Time To File Response
    Pleading filed, Appearance filed by Bonnie L Martin, Atty for the
    defendant by certified mail on March 24, 2014 which is the filing date
    pursuant to Trial Rule 5(F).   pjh


    03/28/2014

    Order Granting Defendant's Unopposed First Motion for Extension of Time to
    File Responsive Pleading entered.  Copy to be issued to counsel of record.
    RJO  js

STATE OF INDIANA            )        IN THE ADAMS COUNTY SUPERIOR
                            ) SS:    COURT
COUNTY OF ADAMS             )        CAUSE NO. 01D01-1312-CT-0008

CHARLES MARLEY,             )
                            )
          Plaintiff,        )
                            )
     vs.                    )
                            )
TRACTOR SUPPLY              )
COMPANY,                    )
                            )
          Defendant.        )

## DEFENDANT TRACTOR SUPPLY COMPANY'S
## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Tractor Supply Company ("Tractor Supply"), by counsel, hereby submits its

answer to the Complaint filed by the Plaintiff Charles Marley ("Plaintiff"), as follows:

1.     Plaintiff, Charles Marley, ("Plaintiff") is an individual and is now, and at all times

mentioned in this complaint was, a resident of Red Key, Jay County, Indiana.

**ANSWER:**    Admitted.

2.     Defendant, Tractor Supply Company is now, and at all times mentioned in this

complaint was, a corporation doing business within and under the laws of the State of Indiana.

**ANSWER:**    Admitted.

3.     Plaintiff was an employee of Tractor Supply Company for a period of time up to

and including September 18, 2012.

**ANSWER:**    Admitted.

4.     Specifically Plaintiff was employed as a manager of the Tractor Supply Company

retail store located at 829 South 13th Street, Decatur, Indiana  46733.

**ANSWER:**    Admitted.

5.      During the relevant period of time, Tractor Supply Company employed an individual by the name of Jenny Brooks.

**ANSWER:**     Admitted.

6.      At all relevant periods of time, Jenny Brooks was an agent and/or employee of Tractor Supply Company.

**ANSWER:**     Defendant admits that Jenny Brooks was an employee of Defendant. Defendant denies the remaining allegations contained in paragraph 6 of Plaintiff's Complaint.

7.      During Plaintiff's employment, the Defendant by and through its agents and/or employees including but not limited Jenny Brooks accused Plaintiff of sexual harassment and/or retaliation of its employee Jenny Brooks.

**ANSWER:**     Denied.

8.      This accusation of sexual harassment was communicated by the Defendant by and through its agents and/or employees to employees of the Defendant in addition to individuals outside the employ of Defendant.

**ANSWER:**     Denied.

9.      This accusation of sexual harassment and retaliation was communicated by the Defendant by and through its agents and/or employees to potential employers of the Plaintiff.

**ANSWER:**     Denied.

10.     The entire statement that the Plaintiff was guilty of sexual harassment and retaliation is false as it pertains to Plaintiff.

**ANSWER:**     Denied.

11.     The entire statements that the Plaintiff was guilty of sexual harassment and retaliation is defamatory and libelous on its face.  It clearly exposes Plaintiff to hatred, contempt, ridicule and humiliation.

**ANSWER:**    Denied.

12.     As a proximate result of the above-described accusations and communication of sexual harassment and retaliation, Plaintiff has suffered loss to his reputation, his good name, his work ethic, experienced shame, mortification, and injury to his emotional, physical, and financial wellbeing.

**ANSWER:**    Denied.

13.     The above-described accusations and communications by the Defendant was done with malice, hatred and ill will toward Plaintiff thus entitling the Plaintiff to punitive damages.

**ANSWER:**    Denied.

## AFFIRMATIVE DEFENSES

1.     To the extent that Defendant has not responded to any allegation in the Complaint, Defendant specifically denies the same at this time.

2.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

3.     Plaintiff's Complaint may be barred by the doctrine of unclean hands.

4.     Plaintiff's Complaint may be barred due to waiver.

5.     Plaintiff's Complaint may be barred due to Plaintiff's failure to meet conditions precedent.

6.     Plaintiff's Complaint may be barred due to laches.

7.     Plaintiff's Complaint may be barred due to the applicable statute of limitations.

8.     Plaintiff's Complaint may be barred due to estoppel.

9.     Plaintiff's Complaint may be barred to the extent he has failed to mitigate his damages.

10.     Plaintiff has failed to allege recoverable damages pursuant to one or more of his claims.

11.     Plaintiff's Complaint may be barred because Defendant did not act with malice, hatred or ill will toward Plaintiff.

12.     Plaintiff's Complaint may be barred by the defense of truth.

13.     Plaintiff's Complaint may be barred because Defendants' alleged communication was privileged.

14.     Defendant denies all allegations of Plaintiff's Complaint that are not expressly admitted.

15.     Defendant reserves the right to raise and plead additional defenses and affirmative defenses which become known to it through its ongoing investigation and through discovery.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant Tractor Supply Company requests that the Complaint be dismissed with prejudice and that Tractor Supply be awarded its costs, attorneys' fees and such other relief as may be just and proper.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _Bonnie L. Martin_____
Bonnie L. Martin, Atty. No.: 20248-18
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
_bonnie.martin@ogletreedeakins.com_

Attorney for Defendant

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant Tractor Supply Company's Answer to Plaintiff's Complaint* was mailed by United States first-class Mail, postage prepaid, this 23rd day of April, 2014, addressed to:

> Sarah Graziano
> HENSLEY LEGAL GROUP, PC
> 350 E. New York Street, Suite 300
> Indianapolis, IN 46204
> *sgraziano@hensleylegal.com*

Bonnie L. Martin

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*bonnie.martin@ogletreedeakins.com*

17408162.1

5

STATE OF INDIANA   )       IN THE ADAMS COUNTY SUPERIOR COURT
               ) SS:
COUNTY OF ADAMS )      CAUSE NO:  01D01-1312-CT-0008

CHARLES MARLEY,     )
                    )
        Plaintiff,     )
                    )
    vs.            )
                    )
TRACTOR SUPPLY COMPANY,  )
                    )
      Defendant.    )
                    )
                    )

## PLAINTIFF'S PRAECIPE FOR JURY TRIAL

Comes   now the Plaintiff, Charles, by counsel, and praecipes the Court for a Jury Trial in the above captioned matter.  Counsel estimates the Jury Trial will last three (3) days.

Respectfully submitted,

Sarah Graziano, # 21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been delivered to the

following, by either electronic submission or U.S. First Class Mail Postage Pre-Paid this 31st day

of July 2014

Bonnie Martin
Ogleetree Deakins Nash Smoak & Stewart, PC
111 Monument Circle Suite 4600
Indianapolis, IN  46204

Sarah Graziano, #21650-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
350 E. New York Street, Suite 300
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
sgraziano@hensleylegal.com